1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT
7          FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHAVEZ INVESTMENTS, LLC, a Washington Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>ALLEN M. DOSCH, a single man; AMERICAN WEST BANK, a Washington Bank Corporation; the UNITED STATES OF AMERICA (Internal Revenue Service); State of Washington (Department of Labor and Industries); EVERGREEN FINANCIAL SERVICES, INC., a Washington Corporation; CAPITAL ONE BANK (USA), N.A., a national association; and any and all other persons or parties unknown claiming any right, title, estate, lien, or interest in the real property described in the Complaint,<br><br>Defendants. | Civil No.  1:13-cv-03076-LRS<br><br>**ORDER OF DISMISSAL OF THE UNITED STATES AS A PARTY AND REMAND BETWEEN THE UNITED STATES OF AMERICA, AMERICAN WEST BANK, AND CHAVEZ INVESTMENTS, LLC** |

        Based upon the Stipulation of the parties  (ECF No. 10), the United States is dismissed as a party, and the matter is REMANDED back to the Yakima County Superior Court.

        IT IS SO ORDERED.

        DATED this 3rd day of March, 2014.


                              *s/Lonny R. Suko*
                    _____
                              Lonny R. Suko
                         Senior U.S. District Judge


**Order Of Dismissal - 1**